No. 01–5842. RAMOS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5847. SMITH v. GOMEZ. C. A. 9th Cir. Certiorari denied.

No. 01–5850. COMPO v. MOODY ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5852. LYONS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 01–5855. TAYLOR v. ADE ET UX. Ct. App. Kan. Certiorari denied.

No. 01–5857. PEREZ v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5862. SILVERA v. ORANGE COUNTY SCHOOL BOARD. C. A. 11th Cir. Certiorari denied.

No. 01–5864. SANCHEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5870. BAEZ v. KNOWLES ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5873. ZACHARIE v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5874. TOLLIVER v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5877. ZESSMAN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 01–5879. WINDES v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 01–5880. AGOR v. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT. Ct. App. D. C. Certiorari denied.